

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------
Sandra Hassan, et. al.

      Plaintiff,

-vs-

Delta Airlines, et. al.
      Defendants.
-----------------------------------

**ORDER**

Cv-03-439(FB)(MG)

On September 16, 2005 notice was filed that the defendant Delta Airlines has filed for Bankruptcy,

IT IS ORDERED that the case is administratively closed, as to the above mentioned defendants, subject to reopening on the application of any party if the bankruptcy proceeding is terminated without disposing of the claims asserted therein.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       September 29, 2005

CC.: Kostantinos Mallas, Esq.
    Louis Martinez, Esq.
    Thomas Carulli, Esq.